```
___FILED     ___ENTERED
___LODGED    ___RECEIVED

        JAN 04 2013

          AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT C. ADAMS,<br><br>　　　　　　　Defendant. | Case No. MJ13-8<br><br>**DETENTION ORDER** |

Offense charged:

　　　Supervised Release Violations, Eastern District of Washington CR09-00043-001.

Date of Detention Hearing: January 4, 2013.

　　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

　　　**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　　Defendant allegedly absconded supervision ordered in the Eastern District of Washington. He presented no information about his ties to community, residence, employment,

DETENTION ORDER - 1

health or drug and alcohol use. By defense counsel, he made no argument for release.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of January, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2